NATIONAL RURAL ELECTRIC COOPERATIVE ASSOCIATION, Appellant,

v.

SUZLON WIND ENERGY CORPORATION, Appellee.

No. 2006–1481.

United States Court of Appeals, Federal Circuit.

Jan. 18, 2007.

Before NEWMAN, RADER, and PROST, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36